David B. Rosenbaum, 009819
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jmesser@omlaw.com

*Additional Counsel Listed on Signature Page*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tohono O'odham Nation and Gila River Indian Community,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich in his official capacity as Attorney General of Arizona; Katie Hobbs, in her official capacity as Arizona Secretary of State; Dana Lewis in her official capacity as Pinal County Recorder; Gabriella Cázares-Kelly in her official capacity as Pima County Recorder; Stephen Richer in his official capacity as Maricopa County Recorder,<br><br>Defendants. | No. 2:22-cv-01901-SRB<br><br>**NOTICE WITHDRAWING MOTION FOR LEAVE AND STIPULATION EXTENDING RESPONSE DATE**<br><br>**(First Request)** |

On December 1, 2022, Defendant Mark Brnovich (the "State") filed a motion seeking leave to treat and file the lodged Consolidated Motion to Dismiss that was filed earlier in *Mi Familia Vota v. Hobbs*, 2:22-cv-00509-SRB (D. Ariz.), as a Motion to Dismiss in this action (the "Motion for Leave").

On December 9, 2022, Plaintiffs in this action filed their Amended Complaint.

1

1  The parties have conferred and agreed that the State (1) will withdraw its Motion
2  for Leave and (2) file its answer or other response to the Amended Complaint on or
3  before December 29, 2022.
4  Plaintiffs and the State have lodged a proposed form of Order reflecting their
5  agreement.
6  DATED this 14th day of December, 2022.

OSBORN MALEDON, P.A.

By  s/ Joshua J. Messer
    David B. Rosenbaum
    Joshua J. Messer
    2929 North Central Avenue, 21st Floor
    Phoenix, Arizona 85012-2793
    (602) 640-9000
    drosenbaum@omlaw.com
    jmesser@omlaw.com

GILA RIVER INDIAN COMMUNITY
    Thomas L. Murphy, AZ No. 022953
    Javier G. Ramos, AZ No. 017442
    Post Office Box 97
    Sacaton, Arizona 85147
    (520) 562-9760
    thomas.murphy@gric.nsn.us
    javier.ramos@gric.nsn.us

NATIVE AMERICAN RIGHTS FUND
    Allison A. Neswood (pro hac vice)
    ND No. 49846
    neswood@narf.org
    Michael S. Carter
    AZ No. 028704, OK No. 31961
    carter@narf.org
    Matthew Campbell (pro hac vice)
    NM No. 138207, CO No. 40808
    mcampbell@narf.org
    Jacqueline D. DeLeon*, CA No. 288192
    jdeleon@narf.org
    NATIVE AMERICAN RIGHTS FUND
    1506 Broadway
    Boulder, CO 80302
    (303) 447-8760 (main)

Samantha B. Kelty
AZ No. 024110, TX No. 24085074
kelty@narf.org
NATIVE AMERICAN RIGHTS FUND
950 F Street NW, Suite 1050,
Washington, D.C. 20004
(202) 785-4166 (direct)

Ezra Rosenberg
DC No. 360927, NJ No. 012671974
Jim Tucker**, AZ No. 019341
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600 (main)
erosenberg@lawyerscommittee.org
jtucker@lawyerscommittee.org

*\*Admitted in Arizona and Nevada only. Practice limited to matters before federal courts.*

Attorneys for Plaintiffs
*\*Pro Hac Vice Forthcoming*

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By <u>s/Drew C. Ensign (with permission)</u>
Joseph A. Kanefield,
*Chief Deputy & Chief of Staff*
Drew C. Ensign, *Deputy Solicitor General*
Robert J. Makar, *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, Arizona 85004

*Attorneys for Defendant*
*Mark Brnovich, Arizona Attorney General*